Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

*FILED DEC 29 2016 — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY*

All material filed in this Court is now available via the INTERNET. See Pro Se Privacy Notice for further information.

## 1. CAPTION OF ACTION

A. Full Name And Prisoner Number of Plaintiff: NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Jason DeLeon 02A3502
2. _____

-VS-

B. Full Name(s) of Defendant(s) NOTE: *Pursuant to Fed.R.Civ.P 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Joel R. Ayers
2. John S. Marshall
3. Joseph E. Bradley
4. Stephen J. Wenderlich
5. _____
6. _____

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

PLAINTIFF'S INFORMATION NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Jason DeLeon 02-A-3502

Present Place of Confinement & Address: Five Points Correctional Facility, State Route 96, P.O. Box 119, Romulus, New York 14541

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address: _____

DEFENDANT'S INFORMATION  NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper*

Name of Defendant __Joel R. Ayers__

(If applicable) Official Position of Defendant __Correction Sergeant__

(If applicable) Defendant is Sued in __✓__ Individual and/or _____ Official Capacity

Address of Defendant: __Southport correctional facility  P.O. box 2000__
__Pine City, New York  14871-2000__


Name of Defendant: __John S. Marshall__

(If applicable) Official Position of Defendant __Correction Officer__

(If applicable) Defendant is Sued in __✓__ Individual and/or _____ Official Capacity

Address of Defendant: __Southport correctional facility P.O. box 2000__
__Pine City, New York 14871-2000__


Name of Defendant __Joseph E. Bradley__

(If applicable) Official Position of Defendant __Correction Lieutenant__

(If applicable) Defendant is Sued in __✓__ Individual and/or _____ Official Capacity

Address of Defendant: __Southport correctional facility  P.O. box 2000__
__Pine City, New York  14871-2000__


## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes __✓__  No __✗__

If Yes complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

    Plaintiff(s): __Jason Deleon__

    Defendant(s): __State of New York__

2. Court (if federal court, name the district; if state court, name the county): __Albany County court of claims__

3. Docket or Index Number. _____

4. Name of Judge to whom case was assigned: _____

2

Defendant's Information

Name of Defendant: Stephen J. Wenderlich

Official Position of Defendant: SuperIntendent

Defendant is Sued in Individual and official capacity

Address of Defendant

was SouthPort correctional facility P.O. box 2000
Pine City, New York 14871-2000
But he is now retired

The approximate date the action was filed: __2006__

6. What was the disposition of the case?

    Is it still pending? Yes____ No _X_

        If not, give the approximate date it was resolved. __2009__

    Disposition (check the statements which apply):

    ____ Dismissed (check the box which indicates why it was dismissed):

        ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        ____ By court for failure to exhaust administrative remedies;

        ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        ____ By court due to your voluntary withdrawal of claim;

    ____ Judgment upon motion or after trial entered for

        ____ plaintiff

        _X_ defendant.

B. Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

    Yes____ No _X_

If Yes. complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

    Plaintiff(s):_____

    Defendant(s):_____

2. District Court:_____

3. Docket Number:_____

4. Name of District or Magistrate Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

    Is it still pending? Yes____ No____

        If not, give the approximate date it was resolved._____

3

Disposition (check the statements which apply)

____ Dismissed (check the box which indicates why it was dismissed):

    ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ____ By court for failure to exhaust administrative remedies;

    ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ____ By court due to your voluntary withdrawal of claim:

____ Judgment upon motion or after trial entered for

    ____ plaintiff

    ____ defendant.

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

Fed.R.Civ.P. 8(a) states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). Fed.R.Civ.P. 10(b) states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

### Exhaustion of Administrative Remedies

Note that according to 42 U.S.C. § 1997e(a), "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

4

**A. FIRST CLAIM:** On (date of the incident) January 23, 2014,
defendant (give the **name and position held** of **each defendant** involved in this incident) Correction Sergeant Joel R. Ayers, 2 John Doe corrections officers

did the following to me (briefly state what each defendant named above did): along with two John Doe Correction officers took me from my housing location at Southport correction facility brought me to another part in the facility and assaulted me. while the two John Doe officers both each held a arm and both of them were both punching on my sides on the ribcage section of my body. Sgt. Ayers was behind me viciously kicking me from behind hitting the back of my legs and knees, all while I was handcuffed from behind my back. This went on for about 3 to 4 minutes also Sgt. Ayers had all my personal and legal work destroyed.
The constitutional basis for this claim under 42 U.S.C. § 1983 is: First, Sixth, Eighth, fourteenth Access to Courts, Assault, Excessive force, Due Process
The relief I am seeking for this claim is (briefly state the relief sought): Punitive damages for Physical, mental and emotional Pain

**Exhaustion of Your Administrative Remedies for this Claim:**
Did you grieve or appeal this claim? _X_ Yes ___ No  If yes, what was the result? the Superintendent denied it
Did you appeal that decision? ___ Yes ___ No  If yes, what was the result? ___

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: everytime I appealed the Superintendents decision I would ask the staff for the inmate resulotion committee if they recieved my Appeal I was told no! It was never recieved

**A. SECOND CLAIM:** On (date of the incident) April 21, 2014,
defendant (give the **name and position held** of **each defendant** involved in this incident) correction Sergeant Joel R. Ayers, correction officer John S. marshall, correction lieutenant Joseph E. Bradley, SuperIntendent Stephen J. wonderlich, 3 John Doe correction officers

5

did the following to me (briefly state what each defendant named above did): during the course of a disciplinary rehearing for the date of 1-23-14. Sgt. Ayers along with C.O. Marshall assaulted me in the presence of Lt. Bradley whom sat and encouraged them to continue to assault me. I was then taken back to my housing location where I was once again assaulted by Sgt. Ayers and C.O. Marshall and 3 John Doe corrections officers both times I was assaulted I was in handcuffs. SuperIntendent Wenderlich knew I was assaulted by Sgt. Ayers back in 1-23-14 allowed Lt. Bradley to conduct the interview for the grievance I filed and orchestrated the set up for me to be assaulted again.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Eighth Amendment Assault and excessive force

The relief I am seeking for this claim is (briefly state the relief sought): Punitive damages for Physical, emotional and mental pain and suffering

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim?  _X_ Yes ___ No   If yes, what was the result? time barred because it was considered untimely

Did you appeal that decision? ___ Yes _X_ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: I kept filing my grievance for nearly 3 months and staff were not allowing it to be filed.

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

money damages for the Assault and destruction of all my legal work and corresponding documents, money damages for emotional, mental and physical pain and suffering.

Do you want a jury trial? Yes___ No _X_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___December 13 2016.___
(date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

*Jason De'leon*
Jason De'leon

Signature(s) of Plaintiff(s)

Sworn to before me
on 13 of december 2016

*[signature]*

JOEL JENEAULT
Notary Public, State of New York
Qual. in Ontario Co. No. 01JE6151431
My Commission Expires December 10, 2018

To: Clerk of the Court.
From: De'Leon, Jason 02-A-3502
Date: December 26, 2016.
Re: Filing of 42 U.S.C. §1983 motion.

    Please find enclosed for filing a 42 U.S.C. §1983 Civil motion. One completed signed complaint form, one signed authorization form along with a in forma pauperis form, and one completed and signed Civil cover sheet. At this time if my papers are wrong or incomplete, please inform me in writing so that I can properly correct the problem. I thank you for your time and service in this matter. Happy Holidays!

Respectfully,
Jason De'Leon
02-A-3502

CC: File.

JS 44 (Rev. 12/12)  CIVIL COVER SHEET   16 CV 6848 DGL

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Jason De'leon 02-A-3552

**DEFENDANTS** Joel R. Ayers, John S. Marshall, Joseph E. Bradley, Stephen J. Wenderlich

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Chemung
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* Jason De'leon Pro-se
Five Points Correctional Facility
State Route 96, P.O. Box 119
Romulus, New York 14541

Attorneys *(If known)*

DEC 29 2016

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability / PERSONAL PROPERTY | LABOR | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | SOCIAL SECURITY | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / Habeas Corpus: | | FEDERAL TAX SUITS | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | IMMIGRATION | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☒ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. Section 1983
Brief description of cause:
Access to courts, Excessive force by correction officers, Due Process

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P
DEMAND $ 2 million dollars
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*:
JUDGE _____ DOCKET NUMBER _____

DATE 12-13-16
SIGNATURE OF ATTORNEY OF RECORD Jason De'leon Pro-se 02-A-3552

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____