Five Points Correctional Facility
State Route 96, P.O. box 119
Romulus, New York 14541

JAson Dellon 02-A-3502

United States District court clerk
100 State Street
2120 U.S. Courthouse
Rochester, New York
14614-1387

Five Points
Correctional Facility

neopost
12/27/2016
US POSTAGE $001.36º

FIRST-CLASS MAIL

ZIP 14541
041M11272007