UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Form 1

__JASON DeLeon__,

Plaintiff,

v.

__Ayers et al,__

Defendant(s).

NOTICE OF APPEAL

__16__-CV-__06848__

Notice is hereby given that __JAson DeLeon__ [*print your name*], __Plaintiff__ [*identify yourself as plaintiff or defendant in the district court action*] in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from __✓__ all _____ part [*check one*] of the decision of this Court entered on __January 12__, 20__23__.

[*Complete the next section only if you are not appealing the whole order.*] I am appealing from the part of the order which _____

_____

Dated: __February 2__, 20__23__

__Jason DeLeon__
Signature

__JAson DeLeon__
Print Your Name
Appearing Pro Se

Address: __Cayuga Correctional Facility__
__P.O. box 1186, Moravia, N.Y. 13118__

Telephone: _____



Legal Mail

**CAYUGA CORRECTIONAL FACILITY**
P.O. BOX 1186
MORAVIA, NEW YORK 13118

NAME: Jason Deleon   DIN: 02A3502

Clerk, U.S. District Court
United States courthouse
Rochester, New york
14614-1368